FORM L146 Order Dismissing Case for Failure to Timely File Document(s) (v.02.15)    19−90548 − E − 7

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**1200 I Street, Suite 4**
**Modesto, CA 95354**

(209) 521−5160
www.caeb.uscourts.gov
M−F 9:00 AM − 4:00 PM



## ORDER DISMISSING CASE FOR FAILURE TO TIMELY FILE DOCUMENT(S)

**Case Number:** 19−90548 − E − 7

**Debtor Name(s), Social Security Number(s), and Address(es):**

Angela Long
2717 Pinnacles Drive
Modesto, CA 95358

James Fredrick Long
2717 Pinnacles Drive
Modesto, CA 95358

**OTHER NAMES USED WITHIN 8 YEARS BEFORE FILING THE PETITION:**

Angela Valenciana

*Notice of Incomplete Filing and Notice of Intent to Dismiss Case If Documents Are Not Timely Filed* having been given to the Debtor(s), the debtor's(s') attorney, if any, the trustee, all creditors, and other parties in interest, and the Debtor(s) having failed to comply therewith by timely filing the documents referenced therein or a motion to extend time to file the documents for cause shown, and no Notice of Hearing on the Court's Notice of Intent to Dismiss Case having been filed,

**IT IS ORDERED** that the within case be, and is hereby, dismissed.

Dated: 7/1/19

ORDERED PURSUANT TO THE COURT'S GENERAL ORDER THAT DELEGATES AUTHORITY TO THE CLERK OF THE BANKRUPTCY COURT AND HIS DEPUTIES FOR THE COURT
Wayne Blackwelder, Clerk

By: __fdis_____
             Deputy Clerk